DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDY'S AUTO BODY AND PAINT, LLC** a/a/o **ANDREW ROSEBROUGH**,
Appellant,

v.

**TRAVELERS HOME AND MARINE INSURANCE COMPANY,**
Appellee.

No. 4D21-177

[April 22, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni A. Bryson, Judge; L.T. Case Nos. 50-2019-AP-000134-CAXX-MB and 50-2018-SC-015635-XXXX-SB.

David B. Pakula of David B. Pakula, P.A., Pembroke Pines, and Christopher Kasper of Ovadia Law Group, P.A., Boca Raton, for appellant.

Steven H. Preston of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***